UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| GARY E. BOLTON,<br>        Plaintiff,<br>    v.<br>E. PERALES,<br>        Defendant. | Case No. 15-cv-04689-LB<br><br>**ORDER OF DISMISSAL** |

    Gary E. Bolton, a pretrial detainee in custody at Napa State Hospital, filed this *pro se* prisoner's civil rights action under 42 U.S.C. § 1983. He filed a complaint, and later filed an amended complaint. (ECF Nos. 1, 8.) He also consented to proceed before a magistrate judge. (ECF No. 7.) The court reviewed Mr. Bolton's amended complaint under 28 U.S.C. § 1915A, determined that the amended complaint failed to allege a claim for relief that was plausible on its face, and dismissed it with leave to file a second amended complaint by February 19, 2016 curing the several deficiencies identified in the order of dismissal with leave to amend. (ECF No. 10.) Mr. Bolton did not file a second amended complaint, and the deadline by which to do so has passed. Accordingly, this action is dismissed for failure to state a claim upon which relief may be

granted. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 9, 2016

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY E. BOLTON,

    Plaintiff,

  v.

E. PERALES,

    Defendant.

Case No. 15-cv-04689-LB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 9, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary E. Bolton ID: NA-212065-7
2100 Napa Vallejo Hwy
Napa, CA 94558

Dated: March 9, 2016

                Susan Y. Soong
                Clerk, United States District Court

                By:_____
                Angella Meuleman, Deputy Clerk to the
                Honorable LAUREL BEELER